VALENTINE WALTER, *Appellant, v.* CONRAD STEIN and ALEXANDER STEIN, *Respondents.* — Judgment reversed, new trial ordered, with costs to abide event. Opinion by DANIELS, J.

SAMUEL P. HINCKLEY, *Respondent, v.* THE NEW YORK AND MANHATTAN BEACH RAILWAY COMPANY and others, *Appellants.* — Judgment affirmed on the opinion of the former General Term.

JOHN DEVLIN, *Appellant, v.* HENRY J. DAVISON, *Respondent, Impleaded, etc.* — Order affirmed, with ten dollars costs and disbursements on the opinion of BARRETT, J.

MOSES S. HERMAN and SIMON M. HERMAN, *Appellants, v.* ALBERT B. DOUGHTY and others, *Respondents.* — Order affirmed, with ten dollars costs and disbursements. Opinion by BRADY, J.

EDWARD D. DAVIS and others, *Respondents, v.* HENRY C. BROOKS, *Appellant.* — Order affirmed, with ten dollars costs and disbursements. Opinion by BRADY, J.

CHARLES W. REED, *Respondent, v.* HENRY A. TILDEN, *Appellant.* — Judgment affirmed. Opinion by DANIELS, J.

ISAAC NOYES, Jr., and another, *Respondents, v.* JERRY A. WERNBERG, *as Assignee,* and others, *Appellants.* — Judgment modified as directed in opinion, and affirmed as modified. Opinion by DANIELS, J.

MARY WOOD CURRIE and another, *Respondents, v.* ROBERT H. RILEY and another, *Appellants.* — Judgment modified as directed in opinion, and affirmed as modified. Opinion *Per Curiam.*

LOUIS STERN and another, *Administrators, etc., Respondents, v.* JOSEPH E. NEWBURGER, *Appellant.* — Order reversed, without costs. Opinion by BRADY, J.

CLARK R. GRIGGS, *Respondent, v.* MARGARET J. COURTENAY, *Administratrix, etc., Appellant.* — Judgment affirmed.

HORATIO F. AVERILL, *Appellant, v.* GEORGE H. TILDEN and another, *Respondents.* — Order of reference settled.

SHERMAN CONANT *v.* MILTON S. LITTLEFIELD. — Order settled.

THE PEOPLE OF THE STATE OF NEW YORK *ex rel.* WILLIAM BROWNE *v.* Hon. DAVID McADAM, etc. — Order affirmed, with costs and disbursements. Opinion *Per Curiam.*

WILLIAM P. CORBIT, *Appellant, v.* THE UNITED STATES REFLECTOR COMPANY, *Respondent.* — Order affirmed, with ten dollars costs and disbursements.

JULIUS CATLIN, Jr., and another, *Appellants, v.* RALPH Moss and others, *Respondents.* — Order reversed. Order entered as directed in opinion by DANIELS, J.

ADOLPH BERNHEIMER, *Appellant, v.* RALPH Moss and others, *Respondents.* — Order affirmed, with ten dollars costs and disbursements. Opinion by DANIELS, J.